ACCEPTED
15-25-00086-Cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/3/2025 11:47 AM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00086-CV**

# IN THE COURT OF APPEALS
# FOR THE FIFTEENTH DISTRICT OF TEXAS
# AT AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/3/2025 11:47:43 AM
CHRISTOPHER A. PRINE
Clerk

**CITY OF GRAND PRAIRIE, ET AL.,**
*Appellants – Plaintiffs*

**CITY OF BROWNSVILE, CITY OF ANNA, AND CITY OF BONHAM**
*Appellants – Intervenor Plaintiffs*

**2020 LONG TAIL TRAIL INVESTMENTS, LLC**
*Appellants – Intervenor Defendant*

v.

**THE STATE OF TEXAS, ATTORNEY GENERAL KENNETH PAXTON, IN HIS OFFICIAL CAPACITY, TEXAS COMPTROLLER OF PUBLIC CAPACITY, TEXAS COMPROLLER OF PUBLIC ACCOUNTS GLENN HAGAR, IN HIS OFFICIAL CAPACITY, AND THE OFFICE OF THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**
*Appellees – Defendants*

---

## APPELLANTS – INTERVENOR PLAINTIFFS CITY OF ANNA and CITY OF BONHAM's FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

---

Pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure,

Appellants – Intervenor Plaintiffs, City of Anna ("Anna") and City of Bonham

---

("Bonham")(collectively, "Movants") respectfully requests a thirty day extension of time to file their respective briefs.[1]

1.      Movants filed a notice of appeal on May 8, 2025.

2.      Movants' principal brief is/was due on July 14, 2025.

3.      On July 3, 2025, the Appellant-Plaintiffs (City of Grand Prairie, et al., a/k/a "GP Group") filed their First Unopposed Motion for Extension of Time to File Brief, in which they requested an extension of this same deadline. By letter of that same date, the clerk of the Court notified all parties that the GP Group's motion was granted, stating "[t]he deadline for filing Appellant's brief is extended to August 15, 2025." The court's online docket has been updated to reflect this change.[2] However, it is unclear whether this extension applies to intervenor plaintiffs such as Anna and Bonham, as the relief requested within the GP Group's motion was specific to certain parties. Therefore Movants submit this request for extension in an abundance of caution and to reduce confusion regarding when filings are due from various parties (particularly those with different postures than GP Group, and separate legal counsel).

---

[1] Although Anna and Bonham are represented by the same attorneys in this cause, they are independent parties operating under separate pleadings. Due to differences between them, they are likely to submit separate briefs as this appeal progresses. That said, they are joined in this request for extension of their deadlines to file initial briefing.

[2] *See* https://search.txcourts.gov/Case.aspx?cn=15-25-00086-CV&coa=coa15 (last visited July 3, 2025).

4.     Similar to the GP Group, the Movants seek additional time to file their respective briefs, in part due to the complexity of the issues and the time needed to research and brief these issues. In addition, the requested extension of the Movants' deadlines will synchronize them with other appellants: it should enhance judicial efficiency, reduce chances for confusion, and will cause no additional delays in final resolution of the case.

5.     The Court has authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file a brief.

6.     Appellees are unopposed to the relief requested herein.

7.     No extension has previously been requested or granted to extend the time to file the Movants' briefs.

WHEREFORE, Appellants – Intervenor Plaintiffs, Cities of Anna and Bonham, pray that the Court grant this motion and likewise extend the time to file their briefs to the same deadline as provided to other parties, that being August 15, 2025.

Respectfully submitted,

/s/David Overcash

David Overcash
State Bar No. 24075516
david.overcash@wtmlaw.net

Clark McCoy
State Bar No. 90001803
cmccoy@wtmlaw.net

WOLFE, TIDWELL & MCCOY, LLP
2591 N. Dallas Parkway, Suite 300
Frisco, Texas 75034
972.712.3530 telephone
972.712.3540 facsimile

**ATTORNEYS FOR**
**CITY OF ANNA, TEXAS and**
**CITY OF BONHAM, TEXAS**

## CERTIFICATE OF CONFERENCE

On June 27, 2025, counsel for the Movants participated in conference with all other counsel regarding the merits of this motion, and all indicated that they are unopposed to the motion.

/s/ David Overcash

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been sent via electronic service to all attorneys of record, in compliance with Rule 6.3 of the TEXAS RULES OF APPELLATE PROCEDURE, on July 3, 2025.

/s/ David Overcash

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Crystal Adams on behalf of David Overcash
Bar No. 24075516
cadams@wtmlaw.net
Envelope ID: 102749229
Filing Code Description: Motion
Filing Description: City of Anna and City of Bonham's First Unopposed Motion for Extension of Time to File Brief
Status as of 7/3/2025 12:02 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Allison Collins | 24127467 | Acollins@fosterswift.com | 7/3/2025 11:47:43 AM | SENT |
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 7/3/2025 11:47:43 AM | SENT |
| Raymond Abarca | | Raymond.Abarca@oag.texas.gov | 7/3/2025 11:47:43 AM | SENT |
| Cole Wilson | | Cole.Wilson@oag.texas.gov | 7/3/2025 11:47:43 AM | SENT |
| Will S.Trevino | | will.trevino@brownsvilletx.gov | 7/3/2025 11:47:43 AM | SENT |
| Sherry  Brown | | sherry@txmunicipallaw.com | 7/3/2025 11:47:43 AM | SENT |
| Andy  Messer | | andy@txmunicipallaw.com | 7/3/2025 11:47:43 AM | SENT |
| Brad Bullock | | brad@txmunicipallaw.com | 7/3/2025 11:47:43 AM | SENT |
| Timothy Dunn | | Taddunn@txmunicipallaw.com | 7/3/2025 11:47:43 AM | SENT |
| Todd Disher | | todd@lehotskykeller.com | 7/3/2025 11:47:43 AM | SENT |
| William Thompson | | will@lkcfirm.com | 7/3/2025 11:47:43 AM | SENT |
| Cole Wilson | | cole.wilson@oag.texas.gov | 7/3/2025 11:47:43 AM | SENT |
| Guillermo  Trevino | | will.trevino@brownsvilletx.gov | 7/3/2025 11:47:43 AM | SENT |
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 7/3/2025 11:47:43 AM | SENT |
| George Hyde | | ghyde@txlocalgovlaw.com | 7/3/2025 11:47:43 AM | SENT |
| Matthew Weston | | mweston@txlocalgovlaw.com | 7/3/2025 11:47:43 AM | SENT |
| David  Overcash | | david.overcash@wtmlaw.net | 7/3/2025 11:47:43 AM | SENT |
| Clark McCoy | | cmccoy@wtmlaw.net | 7/3/2025 11:47:43 AM | SENT |